PRYOR, Chief Judge,
dissenting:
*607 Q. And what did Mr. Horton do then?
*625 The majority opinion cogently states a view for affirming the trial court ruling. Critical to our decision is the determination whether the questioned statements were made in the course of a judicial proceeding or even a conference preliminary to a proceeding. Recognizing, as does the majority, that it is difficult to draw a boundary for this absolute privilege, I am unable to distinguish this case from a similar scenario which occurs in the hallway or just outside of the courthouse. I agree that the relevance of the statements are a question of law. However, I think in this case, in particular, it is a question of fact whether there was a conference or even a discussion between the lawyers or whether this was a circumstance where one attorney was simply unilaterally abusing the other. As liberally as the privilege is to be construed, I question if the latter conduct should be protected.
I would remand for resolution of the factual question which I have noted.